Wayne PERRET and Phyllis Perret, Plaintiffs/Appellants,

v.

Steve BARNHOUSE and Kimberly Perret, Defendants/Respondents.

No. 69720.

Missouri Court of Appeals, Eastern District, Division Five.

Dec. 24, 1996.

William B. Beedie, Farmington, for Plaintiffs/Appellants.

Jill Colson Mackay, Farmington, for Defendants/Respondents.

Before AHRENS, C.J., CRANDALL, and CHARLES B. BLACKMAR, Senior Judge.

## *ORDER*

PER CURIAM.

Wayne Perrett and Phyllis Perrett appeal from the trial court's judgment entered for consolidated actions involving real property. The trial court's judgment is supported by substantial evidence, is not against the weight of the evidence and no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).

Steve Barnhouse's motions to dismiss the appeal and for damages for frivolous appeal are overruled.

STATE of Missouri, Plaintiff–Respondent,

v.

Richard MARASKY, Defendant–Appellant.

Nos. 68451, 68452.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 24, 1996.

Daniel P. Reardon, Jr., Timothy Hill Battern, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

## ORDER

PER CURIAM.

Defendant appeals from the judgment on his conviction by a jury of sexual abuse in the first degree, § 566.100, RSMo Supp.1993, for which he was sentenced to thirty days in jail and ordered to pay a two thousand dollar fine. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).